UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES,<br><br>      Plaintiff,<br><br>v.<br><br>DIVERSE FACILITY SOLUTIONS, INC.,<br><br>      Defendant. | Case No. 20-cv-06804-SK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Regarding Docket No. 19 |

The parties hereto, through their respective counsel, hereby stipulate and agree that the above-referenced matter be dismissed with prejudice, each of the parties to bear its own attorney's fees and costs.

Dated: February 26, 2021                          WEINBERG, ROGER & ROSENFELD
                                                                          A Professional Corporation


                                                                          */s/ Concepción E. Lozano-Batista*
                                                              By:   CONCEPCIÓN E. LOZANO-BATISTA

                                                                          Attorneys for Plaintiffs

Dated: February 26, 2021                          LEWITT, HACKMAN, SHAPIRO,
                                                                          MARSHALL & HARLAN


                                                                          */s/ Nicholas Kanter*
                                                                          SUE M. BENDAVID
                                                                          NICHOLAS KANTER

                                                                          Attorneys for Defendant

**ORDER**

The parties have resolved this matter and agreed that the above captioned be dismissed in its entirety with prejudice.  All parties have consented to the jurisdiction of the Undersigned pursuant to 28 U.S.C. § 636.  (Dkts. 7, 14.)  IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice pursuant to the parties' Stipulation.

**IT IS SO ORDERED**.

Dated: March 1, 2021



SALLIE KIM
United States Magistrate Judge

2